UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

IN RE: )
)
**SHERRI LEE GUNDERSON,** ) Case No. **15-60526**-7
)
Debtor. )

**ORDER**

At Butte in said District this 1st day of April, 2019.

In this Chapter 7 bankruptcy, the Trustee filed on March 31, 2019, at ECF No. 64 a Motion to Delay entry of Order, requesting that the Court delay entry of an order approving the sale of certain real property of this bankruptcy estate free and clear of liens and encumbrances. The Trustee represents that he currently has not obtained the consent to the sale of the real property from Gary Joseph Stewart, a non-debtor with an ownership interest in the real property. Trustee further acknowledges that without Mr. Stewart's consent, he is presently unable to close on a sale of the real property. Based on the foregoing and good cause appearing,

**IT IS ORDERED** that the Trustee's Motion to Delay entry of Order filed at ECF No. 64 is granted; and the Court will delay entering an Order on the Trustee's Motion filed at ECF No. 59 and the Trustee shall have an additional fourteen (14) day period, through **April 12, 2019**, within which time to seek the consent of Mr. Stewart to the sale of the subject real property.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana