UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **SHERRI LEE GUNDERSON,** | ) Case No. **15-60526**-7 |
| | ) |
| Debtor. | ) |

**ORDER**

At Butte in said District this 6th day of June, 2019.

Before the Court is a Stipulation, filed on June 5, 2019 (ECF No. 79), entered into between Richard J. Samson, in his capacity as Trustee in this Chapter 7 case, and Bayview Loan Servicing, LLC ("Bayview"), through counsel. The Stipulation between the parties is intended to correct the amount that will be due and owing to Bayview at the time of closing on the sale of certain real property of this estate, if approved by this Court. Pursuant to the Stipulation, the correct payoff amount that will be due and owing to Bayview at the time of closing is the sum of $571,200.00. The parties further agree that payment of the sum of $571,200.00 to Bayview at the time of closing will constitute payment in full of the obligation.

Upon review of the Stipulation entered into between the parties, the Court being fully advised as to the terms of the Stipulation and good cause appearing,

**IT IS ORDERED** the Stipulation entered into between the Trustee and Bayview Loan Servicing, LLC, filed June 5, 2019 (ECF No. 79), is **APPROVED**, and the parties shall henceforth by bound by and shall comply with the terms and conditions contained in the Stipulation between them.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana