UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**SHERRI LEE GUNDERSON,**

Debtor.

Case No. **15-60526-7**

# O R D E R

At Butte in said District this 21st day of June, 2019.

Upon review of the Trustee Richard J. Samson's Motion for Expedited Notice Period filed June 20, 2019, at ECF No. 86 wherein the Trustee seeks to shorten the time within which creditors in the above-captioned bankruptcy estate may object to the Trustee's final application for professional fees and costs, and good cause appearing therefore,

**IT IS ORDERED** that the Trustee's Motion for Expedited Notice Period filed June 20, 2019, at ECF No. 86 is GRANTED; and creditors and other parties in interest shall have seven (7) days rather than fourteen (14) days to file written opposition to the Trustee's final application for professional fees and costs filed this same date, wherein the Trustee seeks approval of fees in the amount of $39,600.00 on behalf of Michael D. Crane and Chapter 7 Solutions, LLC.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana